## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| In Re:  DAMON J CLEMONS | § | Case No.: 09-41117 |
| NAKEYSHIA L CLEMONS | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

------------------------------------------------------------------------

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1)    The case was filed on 10/30/2009.

2)    This case was confirmed on 02/20/2010.

3)    The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4)    The trustee filed action to remedy default by the debtor in performance under the plan on 03/02/2010.

5)    The case was dismissed on 03/31/2010.

6)    Number of months from filing to the last payment:  2

7)    Number of months case was pending:  7

8)    Total value of assets abandoned by court order:  NA

9)    Total value of assets exempted: $      3,800.00

10)    Amount of unsecured claims discharged without payment $      .00

11)    All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $ 456.00 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 456.00 |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid through the Plan | $ 10.39 |
| Court Costs | $ .00 |
| Trustee  Expenses and Compensation | $ 32.37 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 42.76 |
| Attorney fees paid and disclosed by debtor | $ 256.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CREDIT ACCEPTANCE CO | SECURED | 6,650.00 | 7,944.78 | 7,944.78 | 230.82 | .00 |
| CREDIT ACCEPTANCE CO | UNSECURED | 1,954.00 | NA | NA | .00 | .00 |
| CHICAGO CAR CENTER | SECURED | 6,539.00 | .00 | 6,539.00 | 182.42 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 900.00 | NA | NA | .00 | .00 |
| VAN GOGH SCHOOL | UNSECURED | 88.00 | NA | NA | .00 | .00 |
| ALLIANCEONE RECEIVAB | UNSECURED | 97.00 | 97.00 | 97.00 | .00 | .00 |
| UNITED STATES POSTAL | UNSECURED | 55.00 | NA | NA | .00 | .00 |
| DIRECT TV | UNSECURED | 708.00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 192.00 | 224.94 | 224.94 | .00 | .00 |
| PUBLIC STORAGE | UNSECURED | 148.00 | NA | NA | .00 | .00 |
| AMERICAS FINANCIAL C | UNSECURED | 754.00 | 754.18 | 754.18 | .00 | .00 |
| TCF BANK | UNSECURED | 1,373.00 | NA | NA | .00 | .00 |
| AMERICA S FINANCIAL | UNSECURED | 754.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 420.00 | 415.68 | 415.68 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 130.00 | 130.51 | 130.51 | .00 | .00 |
| Z TEL COMMUNICATIONS | UNSECURED | .00 | NA | NA | .00 | .00 |
| AT & T | UNSECURED | 192.00 | NA | NA | .00 | .00 |
| GAMESTOP | UNSECURED | 68.00 | NA | NA | .00 | .00 |
| DIRECT TV | UNSECURED | 403.00 | NA | NA | .00 | .00 |
| T MOBILE | UNSECURED | 455.00 | NA | NA | .00 | .00 |
| CHASE RECEIVABLES | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| KAHUNA PAYMENT SOLUT | UNSECURED | 1,940.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 6,000.00 | 2,239.17 | 2,239.17 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| INSURE ONE AGENCY | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| RCN 14 CHICAGO | UNSECURED | 237.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 1,256.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 462.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 332.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 801.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 462.00 | NA | NA | .00 | .00 |
| HOLLYWOOD VIDEO | UNSECURED | 333.00 | NA | NA | .00 | .00 |
| HOLLYWOOD VIDEO | UNSECURED | 243.00 | NA | NA | .00 | .00 |
| HOLLYWOOD VIDEO | UNSECURED | 121.00 | NA | NA | .00 | .00 |
| CONFIN FIRST BANK OF | UNSECURED | 560.00 | NA | NA | .00 | .00 |
| HOLIDAY TRUCK RENTAL | UNSECURED | 1,049.00 | NA | NA | .00 | .00 |
| DEPT OF DEFENSE | UNSECURED | 1,193.00 | NA | NA | .00 | .00 |
| DVRA BILLING | UNSECURED | 1,870.00 | NA | NA | .00 | .00 |
| GLOBAL PAYMENTS | UNSECURED | 129.00 | NA | NA | .00 | .00 |
| HSBC TAX | UNSECURED | .00 | NA | NA | .00 | .00 |
| ACE HARDWARE | UNSECURED | 92.00 | NA | NA | .00 | .00 |
| ACE HARDWARE | UNSECURED | 92.00 | NA | NA | .00 | .00 |
| REWARD660 VISA META | UNSECURED | 393.00 | NA | NA | .00 | .00 |
| KATHLEEN ERLAND | OTHER | NA | NA | NA | .00 | .00 |
| MARGOT GO GO | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |
| SWISS COLONY | UNSECURED | 565.00 | 565.70 | 565.70 | .00 | .00 |
| BMG MUSIC SERVICE | UNSECURED | 160.00 | NA | NA | .00 | .00 |
| NAVY EXCHANGE SERVIC | UNSECURED | 870.00 | NA | NA | .00 | .00 |
| NAVY EXCHANGE SERVIC | UNSECURED | 822.00 | 1,601.39 | 1,601.39 | .00 | .00 |
| NAVY EXCHANGE SERVIC | UNSECURED | 376.00 | 1,187.31 | 1,187.31 | .00 | .00 |
| NAVY EXCHANGE SERVIC | UNSECURED | 365.00 | NA | NA | .00 | .00 |
| NAVY EXCHANGE SERVIC | UNSECURED | 355.00 | NA | NA | .00 | .00 |
| U HAUL INT | UNSECURED | 90.00 | NA | NA | .00 | .00 |
| SPRINT | UNSECURED | 71.00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 192.00 | 496.88 | 496.88 | .00 | .00 |
| NDC CK SVC | UNSECURED | 129.00 | NA | NA | .00 | .00 |
| NDC CK SVC | UNSECURED | 126.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 1,100.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 130.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 89.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | .00 | NA | NA | .00 | .00 |
| VILLAGE OF ROSEMONT | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | .00 | 1,592.29 | 1,592.29 | .00 | .00 |
| DIRECTV | UNSECURED | 403.00 | NA | NA | .00 | .00 |
| MCSI/RMI | UNSECURED | 750.00 | 6,675.00 | 6,675.00 | .00 | .00 |
| VILLAGE OF FOREST PA | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| VILLAGE OF FOREST PA | UNSECURED | 250.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| VILLAGE OF FOREST PA | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| VILLAGE OF FOREST PA | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| VILLAGE OF FOREST PA | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| VILLAGE OF FOREST PA | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| VILLAGE OF FOREST PA | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| VILLAGE OF FOREST PA | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| VILLAGE OF FOREST PA | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| VILLAGE OF FOREST PA | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| VILLAGE OF FOREST PA | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| VILLAGE OF FOREST PA | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| VILLAGE OF FOREST PA | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| VILLAGE OF FOREST PA | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| VILLAGE OF FOREST PA | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| VILLAGE OF FOREST PA | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| VILLAGE OF FOREST PA | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| VILLAGE OF FOREST PA | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| VILLAGE OF FOREST PA | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| VILLAGE OF FOREST PA | UNSECURED | 125.00 | NA | NA | .00 | .00 |
| VILLAGE OF FOREST PA | UNSECURED | 125.00 | NA | NA | .00 | .00 |
| VILLAGE OF FOREST PA | UNSECURED | 125.00 | NA | NA | .00 | .00 |
| VILLAGE OF FOREST PA | UNSECURED | 125.00 | NA | NA | .00 | .00 |
| VILLAGE OF FOREST PA | UNSECURED | 125.00 | NA | NA | .00 | .00 |
| VILLAGE OF FOREST PA | UNSECURED | 125.00 | NA | NA | .00 | .00 |
| VILLAGE OF FOREST PA | UNSECURED | 125.00 | NA | NA | .00 | .00 |
| VILLAGE OF FOREST PA | UNSECURED | 125.00 | NA | NA | .00 | .00 |
| VILLAGE OF FOREST PA | UNSECURED | 125.00 | NA | NA | .00 | .00 |
| VILLAGE OF FOREST PA | UNSECURED | 125.00 | NA | NA | .00 | .00 |
| VILLAGE OF FOREST PA | UNSECURED | 125.00 | NA | NA | .00 | .00 |
| VILLAGE OF FOREST PA | UNSECURED | 125.00 | NA | NA | .00 | .00 |
| VILLAGE OF FOREST PA | UNSECURED | 125.00 | NA | NA | .00 | .00 |
| PROGRESSIVE OZARK BK | UNSECURED | 740.00 | NA | NA | .00 | .00 |
| DIRECTV | UNSECURED | 404.00 | NA | NA | .00 | .00 |
| BLACK EXPRESSIONS BK | UNSECURED | 84.00 | NA | NA | .00 | .00 |
| RWDS660-META | UNSECURED | .00 | NA | NA | .00 | .00 |
| RWDS660-META | UNSECURED | .00 | NA | NA | .00 | .00 |
| SALLIE MAE SERVICING | UNSECURED | 3,072.00 | .00 | .00 | .00 | .00 |
| UNITED STUDENT AID F | UNSECURED | 2,042.00 | 2,077.44 | .00 | .00 | .00 |
| UNITED STUDENT AID F | UNSECURED | 1,167.00 | 1,167.00 | .00 | .00 | .00 |
| SALLIE MAE SERVICING | UNSECURED | 405.00 | .00 | .00 | .00 | .00 |
| SEVENTH AVENUE | UNSECURED | 565.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SEVENTH AVENUE | UNSECURED | 225.00 | NA | NA | .00 | .00 |
| HIGHER EDUCATION STU | UNSECURED | 11,664.00 | 12,062.19 | .00 | .00 | .00 |
| VILLIAGE OF STONE PA | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 6,798.00 | 9,022.55 | .00 | .00 | .00 |
| OAK PARK PUBLIC LIBR | UNSECURED | .00 | NA | NA | .00 | .00 |
| MICHAELS | UNSECURED | 131.00 | NA | NA | .00 | .00 |
| SHOE CARNIVAL | UNSECURED | 74.00 | NA | NA | .00 | .00 |
| USA DISC | UNSECURED | 5,352.00 | NA | NA | .00 | .00 |
| USA DISC | UNSECURED | 5,352.00 | 5,002.34 | 5,002.34 | .00 | .00 |
| WACHOVIA BANK | UNSECURED | 4,980.00 | NA | NA | .00 | .00 |
| TRIBUTE MASTERCARD | UNSECURED | 723.00 | NA | NA | .00 | .00 |
| IMAGINE MASTERCARD | UNSECURED | 593.00 | NA | NA | .00 | .00 |
| DAVID JOSELYN | OTHER | .00 | NA | NA | .00 | .00 |
| FLORINE HOLME | OTHER | .00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | NA | 500.20 | 500.20 | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | NA | 10,901.12 | 10,901.12 | .00 | .00 |
| USA DISC | SECURED | NA | 350.00 | 350.00 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | NA | 3,532.00 | 3,532.00 | .00 | .00 |
| ST IL TOLLWAY AUTHOR | UNSECURED | 800.00 | 2,337.10 | 2,337.10 | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | NA | 464.05 | 464.05 | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | NA | 569.00 | 569.00 | .00 | .00 |
| LVNV FUNDING | UNSECURED | NA | 477.31 | 477.31 | .00 | .00 |
| CITIZENS BANK | UNSECURED | NA | 1,315.02 | 1,315.02 | .00 | .00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 14,483.78 | 413.24 | .00 |
| All Other Secured | 350.00 | .00 | .00 |
| **TOTAL SECURED:** | 14,833.78 | 413.24 | .00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 41,078.19 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ | 42.76 |
| Disbursements to Creditors | $ | 413.24 |
| | | |
| **TOTAL DISBURSEMENTS:** | $ | 456.00 |

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.


Dated:    06/09/2010            /s/ Tom  Vaughn
                    Tom  Vaughn, Chapter  13  Trustee


**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.


**UST Form 101-13-FR-S(9/01/2009)**